**Opinion filed February 12, 2026**



### In The

# Eleventh Court of Appeals

———————

## No. 11-25-00365-CV

———————

## JUAN ANTONIO DOMINGUEZ, Appellant

## V.

## ANGELA NICOLE DOMINGUEZ, Appellee

**On Appeal from the 318th District Court**

**Midland County, Texas**

**Trial Court Cause No. FM-71,493**

### M E M O R A N D U M   O P I N I O N

This appeal arises from the trial court's final decree of divorce. Appellant's counsel has filed a motion to dismiss this appeal, requesting that we grant the dismissal without prejudice because counsel "has had no contact with Appellant since this Appeal was filed despite communication attempts by phone and email."

We grant Appellant's motion and dismiss this appeal.[1]  *See* TEX. R. APP. P. 42.1(a)(1).

W. BRUCE WILLIAMS

JUSTICE

February 12, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1]We note that Appellant has not paid the required filing fee or a docketing statement despite numerous reminders, extensions of the compliance deadline, and notices that the appeal could be dismissed for failure to comply.  *See* TEX. R. APP. P. 5, 42.3(b), (c).